United States District Court
Middle District of Florida
Jacksonville Division

**KIMBERLY SUE DUBE,**

    *Plaintiff,*

v.                                                                                                 **NO. 3:25-cv-74-PDB**

**ACTING COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

## Order

The Acting Commissioner of Social Security moves to reverse the decision below and remand the case for further administrative proceedings. Doc. 12. Considering the absence of opposition and the authority described in the motion, the Court:

1. **grants** the motion, Doc. 12;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to (1) "obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on [Dube]'s occupational base"; (2) ask "hypothetical questions [that] reflect the specific capacity/limitations established by the record as a whole"; (3) "ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy"; and (4) "take further action to complete the administrative record and issue a new decision"; and

4. **directs** the clerk to enter judgment for Kimberly Sue Dube and against the Acting Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on April 8, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*